James L. PEDDIE, Petitioner–
Appellant,

v.

D.L. HOBBS, Warden, Respondent–
Appellee.

No. 98–2994.

United States Court of Appeals,
Eleventh Circuit.

Nov. 23, 1999.

Peggy Morris Ronca, Asst. U.S. Atty., Tampa, FL, for Respondent–Appellee.

Before ANDERSON, Chief Judge, MARCUS, Circuit Judge, and FAY, Senior Circuit Judge.

BY THE COURT:

The opinion issued on October 27, 1999 is hereby WITHDRAWN AND VACATED. A new unpublished opinion has been released through the Clerk's office in this matter.